UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRIS HURTADO,<br><br>Plaintiff,<br><br>v.<br><br>M/V NORTHERN HAWK, her tackles, appurtenances, cargo, *In Rem*, et al.,<br><br>Defendants. | C08-871Z<br><br>ORDER |

THIS MATTER comes before the Court on defendant American Seafoods Company LLC's motion for summary judgment, docket no. 30. Plaintiff has not filed any response to defendant's motion, and the Court infers from the lack of opposition that plaintiff concedes the motion has merit. *See* Local Rule CR 7(b)(2). Moreover, based on its review of the papers filed in support of defendant's motion, the Court concludes that no genuine issues of material fact exist and that defendant is entitled to judgment as a matter of law. *See* Fed. R. Civ. P. 56(c). Defendant's motion for summary judgment is therefore GRANTED, and all of plaintiff's claims are DISMISSED with prejudice. The Clerk shall enter judgment consistent with this Order and send a copy of this Order to all counsel of record.

///

///

///

ORDER - 1

1     IT IS SO ORDERED.

2     DATED this 8th day of February, 2010.

                                           /s/ Thomas S. Zilly
                                           Thomas S. Zilly
                                           United States District Judge

ORDER - 2